NOT FOR PUBLICATION                                                    CLOSED
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JAMAL SATTERFIELD, | : | |
| | : | Civil Action No. 06-6037 (FSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| CITY OF ENGLEWOOD, et. al., | : | |
| | : | Date: April 22, 2008 |
| Defendants | : | |

**HOCHBERG, District Judge**

This matter coming before this Court upon Magistrate Judge Shwartz's March 31, 2008 Report and Recommendation recommending that "the United States District Judge dismiss the Complaint pursuant to Fed. R. Civ. P. 37" as a result of Plaintiff's failure to respond to Court orders and failure to provide discovery; and

it appearing that neither party has filed an objection to the Report and Recommendation and that ten days have passed, see L. Civ. R. 72.1(c)(2); and

this Court having reviewed <u>de novo</u> the Report and Recommendation, and good cause appearing;

**IT IS** on this 22nd day of April, 2008

**ORDERED** that Magistrate Judge Shwartz's March 31, 2008 Report and Recommendation is adopted as the Opinion of this Court; and it is

**ORDERED** that Plaintiff's Complaint is **DISMISSED;** and it is further

**ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**